UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEX GORSKY, et al.,<br><br>   Defendants. | CASE NO. C22-0792 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge, Dkt. 2, and Plaintiff's objections to the R&R, Dkt. 3.

Demos is under a pre-filing bar order in this Court and in multiple other courts. *See* Dkt. 2 at 2. He filed his complaint after filing three previous IFP applications this year and without the affidavit required under his bar order. *Id.* at 2. Judge Creatura recommends this Court dismiss his complaint without prejudice, both because of Demos's bar order and because the complaint is "patently frivolous." *Id.* Demos objects, arguing that the bar order violates his First Amendment rights. Dkt. 3.

ORDER - 1

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

Demos's bar order does not prevent him from petitioning the Government, but rather limits him to filling three IFP applications each year and requires him to accompany each application with an affidavit that the claims have not been presented in any other action and that he will support his claims with evidence. He has exceeded his annual limit of IFP applications this year and he failed to file the requisite affidavit. Moreover, his complaint is frivolous.

The Court having considered the R&R, Plaintiff's objections, and the remaining record, does hereby order as follows:

(1) The R&R is **ADOPTED**;

(2) Demos's Motion for Leave to Proceed *in forma pauperis* is **DENIED**;

(3) This matter is **DISMISSED without prejudice**;

(4) The Clerk shall enter a **JUDGMENT** and close the case; and

(5) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Creatura.

Dated this 12th day of July, 2022.

BENJAMIN H. SETTLE
United States District Judge